Glenn R. Kantor, SBN 122643
gkantor@kantorlaw.net
Peter S. Sessions, SBN 193301
psessions@kantorlaw.net
KANTOR & KANTOR, LLP
9301 Corbin Ave., Suite 1400
Northridge, California, 91324
Telephone: (818) 886-2525
Facsimile: (818) 350-6272

Attorneys for Plaintiff
Jenifer Johnson

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENIFER JOHNSON,<br><br>Plaintiff,<br><br>vs.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY,<br><br>Defendant. | Case No. 8:23-cv-01347-KES<br><br>[~~PROPOSED~~] ORDER RE STIPULATION FOR DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41(A)(1) |

Based upon the stipulation of the parties, and for good cause shown:

IT IS HEREBY ORDERED that this action, Case No. 8:23-cv-01347-KES is dismissed in its entirety, with prejudice.

IT IS HEREBY FURTHER ORDERED that each party shall bear its own attorneys' fees and costs in this matter.

DATED: July 30, 2025            BY: _/s/ Karen E. Scott_
                                   Honorable Karen E. Scott
                                   United States District Judge

1

[PROPOSED] ORDER RE STIPULATION FOR DISMISSAL WITH PREJUDICE